1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

```
MARILYN MONROE,                      )  NO. CV 07-5795-E
                                     )
              Plaintiff,             )
                                     )
     v.                              )  JUDGMENT
                                     )
MICHAEL J. ASTRUE, COMMISSIONER      )
OF SOCIAL SECURITY ADMINISTRATION,   )
                                     )
              Defendant.             )
_____)
```

   IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed in part and the matter is remanded for further administrative action consistent with the Memorandum Opinion and Order of Remand filed concurrently herewith.

   DATED: March 24, 2008.

```
               _____/S/_____
                         CHARLES F. EICK
                   UNITED STATES MAGISTRATE JUDGE
```